**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1311**

_____

MOISES ANTONIO REYES,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals

_____

Submitted: August 24, 2011          Decided: September 19, 2011

_____

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Aaron R. Caruso, ABOD & CARUSO, LLC, Rockville, Maryland, for
Petitioner.   Tony West, Assistant Attorney General, David V.
Bernal, Assistant Director, Jesse M. Bless, Office of
Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moises Antonio Reyes, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion. See 8 C.F.R. § 1003.2(a) (2011) (setting forth standard of review). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Reyes (B.I.A. Mar. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED